UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>　　　　　　　　Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>ANGELA MIRROW, et al.,<br><br>　　　　　　　　Defendants. | NO:  2:14-CV-268-RMP<br><br>Bankr. Case No. 09-06194-FPC11<br><br>Adv. Proc. No. 11-80297-FPC11<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANTS DALE ELFORD AND EVELYN ELFORD |

Before the Court is a Stipulated Motion to Dismiss Dale Elford and Evelyn Elford as defendants, ECF No. 42, in accordance with the settlement agreement reached by the parties.

ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANTS DALE ELFORD AND EVELYN ELFORD ~ 1

1 Having reviewed the motion and relevant filings, and being fully informed, the Court finds that the terms of the dismissal are proper. *See* Fed. R. Civ. P. 41(a)(2). Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Stipulated Motion, **ECF No. 42**, is **GRANTED**.

2. Dale Elford and Evelyn Elford are dismissed as defendants in this matter with prejudice and with each party to bear its own attorney fees and costs.

The District Court Clerk is directed to enter this Order, to **terminate Dale Elford and Evelyn Elford** as defendants in this case, and to provide copies of this Order to counsel and to any pro se defendants.

**DATED** this 18th day of December 2014.

                                 *s/ Rosanna Malouf Peterson*
                                 ROSANNA MALOUF PETERSON
                                 Chief United States District Court Judge