1

2

3

4

5

6

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

7

8

9

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>                    Debtor, | NO:  2:14-CV-268-RMP<br><br>Bankr. Case No. 09-06194-FPC11 |

10

11

12

13

14

15

| | |
|---|---|
| BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>ANGELA MIRROW, et al.,<br><br>                    Defendants. | ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANT ANGELA MIRROW |

16

17

18

19

20

Before the Court is a Stipulated Motion to Dismiss Angela Mirrow as a

defendant, ECF No. 70, in accordance with the settlement agreement reached by

the parties.

ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANT
ANGELA MIRROW ~ 1

1    Having reviewed the motion and relevant filings, and being fully informed,

2  the Court finds that the terms of the dismissal are proper.  *See* Fed. R. Civ. P.

3  41(a)(2).  Accordingly, **IT IS HEREBY ORDERED**:

4        1.  Plaintiff's Stipulated Motion, **ECF No. 70**, is **GRANTED**.

5        2.  Angela Mirrow is dismissed as a defendant in this matter with prejudice

6            and with each party to bear its own attorney fees and costs.

7    The District Court Clerk is directed to enter this Order, to **terminate Angela**

8  **Mirrow** as a defendant in this case, and to provide copies of this Order to counsel.

9        **DATED** this 8th day of May 2015.

10

11                    *s/ Rosanna Malouf Peterson*
                      ROSANNA MALOUF PETERSON
                      Chief United States District Court Judge

12

13

14

15

16

17

18

19

20

ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANT
ANGELA MIRROW ~ 2