UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ANGELA MIRROW, et al.,<br><br>Defendants. | NO: 2:14-CV-268-RMP<br><br>Bankr. Case No. 09-06194-FPC11<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE DEFENDANT LISA SARAH OMAND |

Before the Court is a Stipulated Motion to Dismiss Lisa Sarah Omand as a defendant, ECF No. 75, in accordance with the settlement agreement reached by the parties.

ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANT LISA SARAH OMAND ~ 1

Having reviewed the motion and relevant filings and being fully informed, the Court finds that the terms of the dismissal are proper. *See* Fed. R. Civ. P. 41(a)(2). Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Stipulated Motion, **ECF No. 75**, is **GRANTED**.

2. Lisa Sarah Omand is dismissed as a defendant in this matter with prejudice and with each party to bear its own attorney fees and costs.

The District Court Clerk is directed to enter this Order, to **terminate Lisa Sarah Omand** as a defendant in this case, and to provide copies of this Order to counsel.

**DATED** this 8th day of May 2015.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge