UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ANGELA MIRROW, et al.,<br><br>Defendants. | NO: 2:14-CV-268-RMP<br><br>Bankr. Case No. 09-06194-FPC11<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANT RICHARD B. JORDAN |

Before the Court is a Stipulated Motion to Dismiss Richard B. Jordan as a defendant, ECF No. 80, in accordance with the settlement agreement reached by the parties.

ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANT
RICHARD B. JORDAN ~ 1

1  Having reviewed the motion and relevant filings, and being fully informed,
2  the Court finds that the terms of the dismissal are proper. *See* Fed. R. Civ. P.
3  41(a)(2). Accordingly, **IT IS HEREBY ORDERED**:
4  1. Plaintiff's Stipulated Motion, **ECF No. 80**, is **GRANTED**.
5  2. Richard B. Jordan is dismissed as a defendant in this matter with
6     prejudice and with each party to bear its own attorney fees and costs.
7  The District Court Clerk is directed to enter this Order, to **terminate**
8  **Richard B. Jordan** as a defendant in this case, and to provide copies of this Order
9  to counsel.
10  **DATED** this 21th day of May 2015.

11

12                                              *s/ Rosanna Malouf Peterson*
                                                ROSANNA MALOUF PETERSON
                                                Chief United States District Court Judge

13

14

15

16

17

18

19

20