# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re: | No. 2:14-CV-268-RMP |
| LLS AMERICA, LLC, | Bankr. Case No. 09-06194-PCW11 (Consolidated Case) |
| Debtor, | |
| BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC, | JUDGMENT AND JUDGMENT SUMMARY AGAINST MATTHEW AND SHANNA BOWOLIN |
| Plaintiff, | |
| v. | |
| ANGELA MIRROW, et al., | |
| Defendants. | |

## JUDGMENT SUMMARY

1.   Judgment Creditor:          Bruce P. Kriegman, Liquidating Trustee for LLS America, LLC, as consolidated

JUDGMENT AGAINST MATTHEW AND SHANNA BOWOLIN ~ 1

| | | |
|---|---|---|
| 2. | Attorneys for Judgment Creditor: | Witherspoon Kelley |
| 3. | Judgment Debtors: | Shanna Bowolin and Matthew Bowolin, jointly and severally |
| 4. | Attorneys for Judgment Debtor: | Pro Se |
| 5. | Judgment Amount (Principal): | $34,601.37 CAD |
| 6. | Prejudgment Interest (0.47% from July 21, 2009 through November 19, 2015 - 2,315 days): | $ 1,031.45 CAD |
| 7. | Total Judgment: | $35,632.82 CAD |
| 8. | Interest Rate on Judgment: | .23% (28 U.S.C. § 1961) *(as of 10/16/15)* |

This matter having come on regularly for hearing on the Plaintiff's Notice of Presentment made pursuant to FRCP 58(a) and 58(d), and the Court having previously entered findings of fact and conclusions of law, ECF No. 83, determining that the judgment would be entered in the amount of $34,601.37 CAD, plus pre-judgment interest and post-judgment interest, and the Court being fully advised in the premises, it is **HEREBY ORDERED, DECREED AND ADJUDGED** that:

1. Plaintiff, Bruce P. Kriegman, solely in his capacity as Liquidating Trustee of LLS America, LLC as consolidated, is hereby awarded Judgment

JUDGMENT AGAINST MATTHEW AND SHANNA BOWOLIN ~ 2

against defendant Shanna Bowolin and Matthew Bowolin, jointly and severally, as follows:

| | | | |
|---|---|---|---|
| | a. | Judgment | $34,601.37 CAD |
| | b. | Prejudgment interest (0.47% per annum from July 21, 2009 to November 19, 2015 - 2,315 days) | $ 1,031.45 CAD |
| | c. | Plus post-judgment interest from the date of Judgment until fully paid at the federal rate of 0.23% per annum as of 10/16/2015 (28 U.S.C. § 1961). | |

2. All proofs of claim filed by Shanna Bowolin or Matthew Bowolin in the Debtor's bankruptcy or any claims that may hereafter arise are disallowed pursuant to 11 U.S.C. § 502(d) unless and until the avoided transfers paid to Shanna Bowolin and Matthew Bowolin are returned to the Trustee.

The District Court Clerk is directed to enter this Order and provide copies to counsel, to pro se defendants and to Judge Frederick P. Corbit.

**DATED** this 19th day of November 2015.

                                              *s/ Rosanna Malouf Peterson*
                                              ROSANNA MALOUF PETERSON
                                                Chief United States District Judge

JUDGMENT AGAINST MATTHEW AND SHANNA BOWOLIN ~ 3